**Byron Monroe STEWART,**
**Petitioner–Appellant,**

v.

**Patrick CONROY, Warden; J. Joseph Curran, Jr., Respondents–Appellees.**

No. 01–6259.

United States Court of Appeals, Fourth Circuit.

Submitted June 21, 2001.

Decided June 29, 2001.

Fred Warren Bennett, Greenbelt, MD; Mark Lawrence Gitomer, The Law Office of Mark Gitomer, Baltimore, MD, for appellant.

John Joseph Curran, Jr., Attorney General, Mary Ann Rapp Ince, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit J.

PER CURIAM.

Byron Monroe Stewart seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Stewart v. Conroy*, No. CA–00–1043–AMD (D.Md. Jan. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*